# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of: | : | No. 2339 Disciplinary Docket No. 3 |
| | : | |
| AARON S. FRIEDMANN | : | Board File No. C1-16-939 |
| | : | |
| | : | Attorney Registration No. 40596 |
| | : | |
| | : | (Philadelphia) |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of January, 2017, the Joint Petition for Immediate Temporary Suspension is granted, Aaron S. Friedmann is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and he shall comply with all the provisions of Pa.R.D.E. 217.